IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEAUMONT RETIREMENT** | : | |
| **COMMUNITY, INC.** | : | **CIVIL ACTION** |
|     **Plaintiff,** | : | |
| | : | **NO. 10-3215** |
| **v.** | : | |
| | : | |
| **LOWER MERION SCHOOL** | : | |
| **DISTRICT,** *et al.* | : | |
|     **Defendants.** | : | |

# ORDER

AND NOW, this 14th day of September, 2011, it is hereby ORDERED that this case shall be placed in SUSPENSE until May 30, 2012, or until further Order of this Court.

It is further ORDERED that pursuant to the September 14, 2011 telephone conference call between the Court and counsel, the parties shall submit to the Court a joint status report, every ninety (90) days until the case is removed from suspense, detailing the parties' progress toward executing and lodging a consent decree with the Court.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE